

# IN THE
## TENTH COURT OF APPEALS

### No. 10-14-00004-CV

## IN THE MATTER OF B.B., A CHILD

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 194-J-2013**

## MEMORANDUM OPINION

The State of Texas filed a motion to dismiss the appeal. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed February 27, 2014
[CV06]